UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

Case Number **CR 11 0690**      Defendant Number ONE
U.S.A. v. WEI LAI           Year of Birth 1971
☑ Indictment  ☐ Information   Investigative agency (FBI, DEA, etc.) ICE

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

**OFFENSE/VENUE**
a. Offense charged as a:
  ☐ Misdemeanor  ☐ Minor Offense  ☑ Felony
  ☐ Petty Offense  ☐ Class B Misdemeanor
b. Date of offense Continuing through Aug. 5, 2010
c. County in which first offense occurred
  Los Angeles
d. The crimes charged are alleged to have been committed in:
  CHECK ALL THAT APPLY
  ☑ Los Angeles    ☐ Ventura
  ☐ Orange         ☐ Santa Barbara
  ☐ Riverside      ☐ San Luis Obispo
  ☐ San Bernardino ☐ Other
Citation of offense Title 18, United States Codes, Sections 371, 1343, 542, 544, 545, 1001, 1956(a)(1)(B)(I), 2

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?  ☑ No  ☐ Yes
  IF YES Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by difference judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE** _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: July 1, 2011
  Case Number 11-1559M
  Charging 18 USC 371

The complaint:  ☑ is still pending
  ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
  ☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*   ☑ No

*AN ORIGINAL AND 3 COPIES (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**Superseding Indictment/Information**
IS THIS A NEW DEFENDANT?  ☐ Yes   ☐ No

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  ☐ Yes*   ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  ☐ Yes*   ☐ No

Was a Notice of Complex Case filed on the Indictment or Information?
  ☐ Yes   ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes  ☑ No
  IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CASE SUMMARY

**OTHER**
- ☐ Male  ☑ Female
- ☐ U.S. Citizen  ☐ Alien
- Alias Name(s) Julia

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area of substantive law that will be involved in this case includes:

- ☐ financial institution fraud
- ☐ government fraud
- ☐ environmental issues
- ☐ narcotics offenses
- ☐ violent crimes/firearms
- ☐ public corruption
- ☐ tax offenses
- ☑ mail/wire fraud
- ☐ immigration offenses
- ☐ corporate fraud
- ☑ Other: Smuggling

**CUSTODY STATUS**
Defendant is **not** in custody:
a. Date and time of arrest on complaint: July 1, 2011
b. Posted bond at complaint level on: July 5, 2011 in the amount of $ $200,000
c. PSA supervision?  ☑ Yes  ☐ No
d. Is a Fugitive  ☐ Yes  ☑ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested.  ☐ Yes  ☑ No

Defendant is **in** custody:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES  ☐ State  ☐ Federal  AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 40

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date July 21, 2011

Signature of Assistant U.S. Attorney

JAYNE KIM
*Print Name*